# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2023

## NO. 03-23-00079-CR

**The State of Texas, Appellant**

**v.**

**Jason Nassour, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
DISMISSED FOR WANT OF JURISDICTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on January 20, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.